**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Ryan Firestone, | Case No.: 2:14-cv-876 |
|    Plaintiff, | Judge: Michael H. Watson |
| v. | Magistrate Judge: Norah McCann King |
| Bank of America, NA,., *et al.,* | |
|    Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), and in accordance with the terms of the Confidential Settlement Agreement and Release between Plaintiff Ryan Firestone and Defendant Rushmore Loan Management Services LLC; US Bank, N.A., as Legal Title Trustee for the Truman 2013 SC3 Title Trust, Truman 2013 SC3 LLC; and Luper Neidenthal & Logan ("Defendants"), Plaintiff hereby dismisses his claims against Defendants, **with prejudice**. No Defendant remains and this case should be terminated, each party to bear its own costs. This Court retains jurisdiction to enforce the settlement.

                                            Respectfully Submitted,
                                            DOUCET & ASSOCIATES, INC.

                                            /s/ Karl W. Snyder
                                            Karl W. Snyder (0091219)
                                            Troy J. Doucet (0086350)
                                            *Attorneys for Plaintiff Ryan Firestone*
                                            700 Stonehenge Pkwy Suite 2B
                                            Dublin, OH 43017
                                            (614) 944-5219 Telephone
                                            (818) 638-5548 Fax
                                            Karl@TroyDoucet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2015, I caused this document to be electronically filed with the Clerk of Courts by using the ECF System, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt, pursuant to Fed.Civ.R.P. 5(b)(3) and Loc.R. 5.2(b):

Gregory H. Melick, Esq.
J. Bradley Leach, Esq.
Luper Neidenthal & Logan
50 West Broad Street, Suite 1200
Columbs, Ohio 43215
gmelick@lnlattorneys.com
*Attorneys for Defendants Rushmore Loan Management Services LLC, US Bank, N.A., as Legal Title Trustee for the Truman 2013 SC3 Title Trust, Truman 2013 SC3 LLC and Luper Neidenthal & Logan*

                                           /s/ Karl W. Snyder
                                           Karl W. Snyder (0091219)
                                           *Attorney for Plaintiff Ryan Firestone*